# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Scott S. Dextradeur　　　　　　　　　　　　　　　CHAPTER 13
　　　　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 25-21635 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　　Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Matthew Fissel
　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　03 Jul 2025, 12:48:56, EDT

　　　　　　　　　　　　　　　Denise Carlon, Esq. (317226)　☐
　　　　　　　　　　　　　　　Matthew Fissel, Esq. (314567)　☑
　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com

Document ID: 7e2d42e4afb6b3d2bdabc3b269250be54957f7061762a25e9858f6d95b78c119